# Third District Court of Appeal

## State of Florida

Opinion filed December 23, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-303
Lower Tribunal Nos. 19F-08693, 19F-08608 and 1075504261

_____

**J.S.,**
Appellant,

vs.

**Florida Department of Children and Families, etc.,**
Appellee.

An Appeal from the State of Florida Department of Children and Families, Office of Appeal Hearings.

J.S., in proper person.

Leslie Hinds, Regional Legal Counsel, for appellee.

Before EMAS, C.J., and FERNANDEZ, and MILLER, JJ.

PER CURIAM.

Affirmed.